UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AGEEG ABRAHAM RUAL,

                              Petitioner,

v.

                                                  20-CV-6215-EAW

WILLIAM BARR, United States Attorney General, *et al.*

                              Respondents.

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and due to the removal of Petitioner from the United States of America on September 17, 2020, the undersigned parties hereby stipulate to dismiss this Action and all claims therein, without prejudice to either party. Each party shall be responsible for their own costs and fees.

The parties further stipulate that Respondents' pending Motion to Dismiss be withdrawn or denied as moot.

**DATED:**    Rochester, New York
                October 5, 2020

| Attorneys for Petitioner | Attorneys for Respondents |
|---|---|
| THE GROTAS FIRM, P.C. | JAMES P. KENNEDY, JR.<br>United States Attorney<br>Western District of New York |
| BY: /s Paul Grotas<br>450 7th Avenue, Suite 2303<br>New York, NY 10123<br>(917) 436-4444<br>paul@grotaslaw.com | BY: s/ Adam A. Khalil<br>Assistant United States Attorney<br>100 State Street, Suite 500<br>Rochester, New York 14614<br>(585) 399-3979<br>adam.khalil@usdoj.gov |

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
**DATED: 10/05/2020**

1